■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WHITE, Appellant. [857 NYS2d 516]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed April 11, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Ritter, Covello and Dickerson, JJ., concur.